**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, OR 97035
Telephone: (503) 251-0707
Fax: (503) 251-0708
Attorney for Plaintiff

FILED'10 DEC 08 13:28USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SYD A. HASAN<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>        Defendant. | Civil No.: 09-362-AA<br><br>~~PROPOSED~~ ORDER FOR<br>ATTORNEY FEES PURSUANT<br>TO 42 U.S.C. § 406(b) |

Attorney fees in the amount of $18,336.25 are hereby awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. In 2 prior US District Court actions, this court awarded attorney fees totaling $8900.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. [$5000.00 ordered 8/20/08; $3900 ordered 9/10/10 = Total EAJA fees $8900.00]. Following receipt of the §406(b) fees herein ordered, plaintiff's attorney will refund to claimant the amount previously received from the EAJA.. Following payment of all attorney fees, any monies withheld by the Social Security Administration should be released to the claimant.

/ / /

/ / /

Page 1 - PROPOSED ORDER FOR ATTORNEY FEES
           PURSUANT TO 42 U.S.C. § 406(b)

Dated  12/6/10  .

_____
USDC Judge/Magistrate

Presented by:
Karen Stolzberg
Attorney for Plaintiff

Page 1 - PROPOSED ORDER FOR ATTORNEY FEES
         PURSUANT TO 42 U.S.C. § 406(b)